## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

DONTE PATTERSON,                        )
                                        )
     Petitioner,                       )
                                        )
v.                                      )    Civil Action No. 3:12CV749–HEH
                                        )
DIRECTOR OF THE DEPARTMENT   )
OF CORRECTIONS, *et al.*,                )
                                        )
     Respondents.                      )

## MEMORANDUM OPINION
### (Denying 28 U.S.C § 2254 Petition Without Prejudice)

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on January 7, 2013, the

Court directed Petitioner to complete and return, within fifteen days of the date of entry

thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the

$5.00 filing fee. More than fifteen (15) days have passed and Petitioner has not returned

the required *in forma pauperis* affidavit.

Petitioner has failed to pay the assessed fee or adequately explain any special

circumstances warranting excuse from payment. Accordingly, the petition will be

DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

    /s/

HENRY E. HUDSON

UNITED STATES DISTRICT JUDGE

Date: May 14 2013

Richmond, Virginia